Case 6:03-cv-01010-RFD-MEM Document 1 Filed 05/29/03 Page 1 of 16 PageID #:

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
MAY 29 2003
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

**CV03-1010**

| | |
|---|---|
| PATRICIA ERWIN, ET AL | NUMBER 66458 DIVISION E |
| VERSUS | JUDGE DOHERTY |
| | 16th JUDICIAL DISTRICT COURT |
| | MAGISTRATE JUDGE METHVIN |
| | PARISH OF ST. MARTIN |
| WESTPORT INSURANCE COMPANY, ET AL | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR DAMAGES\\**

The joint petition of PATRICIA ERWIN and WILLIAM ERWIN, individually and on behalf of their minor children, LACEY ERWIN and CARLY ERWIN; and BENJAMIN ERWIN as their major child, persons full age of the majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, who with respect represent:

1.

Made defendants in this cause of action are:

**WESTPORT INSURANCE CORPORATION**, a foreign insurer, which, at all times pertinent hereto, had in full force and effect a policy of Insurance on CORBETT GARRETT TRUCKING, INC., covering them for damages complained of herein and who has appointed as its agent for service of process: The Honorable Walter "Fox" McKeithen, Secretary of State, 3851 Essen Lane, State Archives Building, Baton Rouge, Louisiana, 70809;

**CORBETT GARRETT TRUCKING, INC.**, a foreign company, who has appointed as its agent for service of process, Corbett Garrett, 676 Highway 5, Rose Bud, Arkansas 72137;

**CHRISTOPHER PATTON**, who upon information and belief is a resident of the full age of majority domiciled in the State of Arkansas whose permanent mailing address is declared to be 817 England Road, England, Arkansas 72152;

**CONTINENTAL CASUALTY COMPANY**, a foreign insurer, which, at all times pertinent hereto, had in full force and effect a policy of Insurance on WESTERN EXPRESS, INC., covering them for damages complained of herein and who has appointed as its agent for service of process: The Honorable Walter "Fox" McKeithen, Secretary of State, 3851 Essen Lane, State Archives Building, Baton Rouge, Louisiana, 70809;

**WESTERN EXPRESS, INC.**, a foreign company, who has appointed as its agent for service of process, Roland M. Lowell, 19th Floor, 1st American Center, Nashville, Tennessee 37238; and

**JAMES ILES**, who upon information and belief is a resident of the full age of majority domiciled in the State of Tennessee whose permanent mailing address is declared to be 220 Pope Street South, Grasville, Tennessee 37338.



Lee Overton
LEE OVERTON
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

2.

The aforementioned defendants are liable unto your petitioners for an amount which is reasonable in the premises and which will fully and adequately redress them for injuries and losses which they have sustained together with legal interest from date of judicial demand, for all costs of these proceedings, and for all general and equitable relief for the following reasons, to wit:

3.

On or about May 15, 2002, at approximately 2:55 o'clock p.m., petitioner, PATRICIA ERWIN, was the operator of a 1996 Chrysler Concorde automobile, operating the same with the consent and permission of its registered owner, LUBRICATIONS SYSTEMS COMPANY, traveling in an easterly direction on I-10 in the right lane, in the Parish of Saint Martin, State of Louisiana.

4.

On the same date, time, and place set forth above, defendant, CHRISTOPHER PATTON, was the operator of a 1995 Peterbuilt, operating the same with the consent and permission of its registered owner, CORBETT GARRETT TRUCKING, INC., traveling in an easterly direction on I-10 in the left lane, in the Parish of Saint Martin, State of Louisiana.

5.

On the same date, time, and place set forth above, defendant, JAMES T. ILES, was the operator of a 2002 Volvo Tractor, operating the same with the consent and permission of its registered owner, WESTERN EXPRESS , INC., traveling in a westerly direction on I-10, in the Parish of Saint Martin, State of Louisiana.

6.

On the same date, time, and place set forth above, defendant, CHRISTOPHER PATTON, attempted to change lanes without proper warning and/or signaling, turned directly into petitioner's lane of travel, striking the vehicle operated by PATRICIA ERWIN, and causing a sudden and violent collision to occur.

7.

On the same date, time, and place set forth above, plaintiffs vehicle crossed the median of Interstate 10, at which time the vehicle operated by the defendant, JAMES T. ILES, struck the vehicle operated by PATRICIA ERWIN, causing a second sudden and violent collision to occur.



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 2 of 17

8.

On the same date, time and place set forth above, petitioners allege upon information and belief, that defendant, CHRISTOPHER PATTON, was in the course and scope of his employment with CORBETT GARRETT TRUCKING, INC., and that CORBETT GARRETT TRUCKING, INC., is responsible for the negligent acts and/or fault of CHRISTOPHER PATTON, JR. pursuant to respondent superior.

9.

On the same date, time and place set forth above, petitioners allege upon information and belief, that defendant, JAMES T. ILES, was in the course and scope of his employment with WESTERN EXPRESS, INC., and that WESTERN EXPRESS, INC., is responsible for the negligent acts and/or fault of JAMES T. ILES, pursuant to respondent superior.

10.

Petitioner, PATRICIA ERWIN, shows that the above-described collision and the injuries she sustained as a result thereof, were due to the negligence and/or fault of the defendant, CHRISTOPHER PATTON, in the following non-inclusive respects:

A). Driving in a reckless and careless manner, time and place considered;

B). Failure to maintain control;

C). Failure to maintain a proper lookout;

D). Improper signaling;

E). Improper lane usage;  and

F). Any and all other acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the trial of this matter.

11.

Petitioner, PATRICIA ERWIN, shows that the above-described collision and the injuries she sustained as a result thereof, were due to the negligence and/or fault of the defendant, JAMES T. ILES, in the following non-inclusive respects:

A). Driving in a reckless and careless manner, time and place considered;

B). Failure to maintain control;

C). Failure to maintain a proper lookout;

D). Failure to see petitioner's vehicle and take evasive action; and



LEE OVERTON
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 3 of 17

E). Any and all other acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the trial of this matter.

12.

As a result of the above described collision, petitioner, PATRICIA ERWIN, suffered injuries including, but not limited to, her head, neck, arm, back, hip, knee, feet, head and trauma to her body as a whole.

13.

Petitioner, PATRICIA ERWIN, as a result of the aforementioned collision sets forth her damages as follows:

- A. Past, present, and future medical expenses;
- B. Past, present, and future physical pain and suffering;
- C. Past, present, and future mental anguish and distress;
- D. Past, present, and future loss wages;
- E. Disability;
- F. Scarring;
- G. Loss of enjoyment of life; and
- H. Loss of future insurance benefits.

14.

Petitioners, PATRICIA ERWIN and WILLIAM ERWIN, show that at all times relevant hereto and pertinent herein, they were married to and living with one another and as a result of the injuries sustained by petitioner, PATRICIA ERWIN, in the aforementioned collision, petitioner, WILLIAM ERWIN, has suffered a loss of consortium, love, sex, service, and society of his wife.

15.

Petitioner, PATRICIA ERWIN, shows that petitioners, LACEY ERWIN, CARLY ERWIN and BENJAMIN ERWIN, are her children with whom they has maintained a close and loving relationship and as a result of the injuries sustained by PATRICIA ERWIN, they have suffered a loss of consortium, love, service, and society of their mother.



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

16.

Petitioners, PATRICIA ERWIN and WILLIAM ERWIN, individually and on behalf of their minor children, LACEY ERWIN and CARLY ERWIN; and BENJAMIN ERWIN as their major child, allege that the damages they sustained exceed the amount required for a jury trial and that they respectfully desire a trial by jury.

WHEREFORE, petitioners, PATRICIA ERWIN and WILLIAM ERWIN, individually and on behalf of their minor children, LACEY ERWIN and CARLY ERWIN; and BENJAMIN ERWIN as their major child, pray that defendants, WESTPORT INSURANCE CORPORATION, CORBETT GARRETT TRUCKING, INC., CHRISTOPHER PATTON, CONTINENTAL CASUALTY COMPANY, WESTERN EXPRESS, INC. and JAMES ILES be duly served with a copy of this petition, and cited to appear and answer same and, after all legal delays and due proceedings had, there be judgment herein in favor of petitioners, PATRICIA ERWIN and WILLIAM ERWIN, individually and on behalf of their minor children, LACEY ERWIN and CARLY ERWIN; and BENJAMIN ERWIN as their major child, against defendants, WESTPORT INSURANCE CORPORATION, CORBETT GARRETT TRUCKING, INC., CHRISTOPHER PATTON, CONTINENTAL CASUALTY COMPANY, WESTERN EXPRESS, INC. and JAMES ILES, jointly, severally, and in solido in such sums as will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all general and equitable relief to which petitioners are entitled, and to a trial by jury.

BY ATTORNEYS:

W. LEE OVERTON
LEE OVERTON ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
PHONE: (225) 344-0071  FAX: (225) 344-0075



W. LEE OVERTON (10316)

**Lee OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

**SERVICE ON FOLLOWING PAGE:**

**PLEASE SERVE:**

**WESTPORT INSURANCE CORPORATION**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**CORBETT GARRETT TRUCKING, INC.**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
Its agent for service of process
Corbett Garrett
676 Highway 5
Rose Bud, Arkansas 72137

**CHRISTOPHER PATTON**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
817 England Road
England, Arkansas 72152

**CONTINENTAL CASUALTY COMPANY**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**WESTERN EXPRESS, INC.**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
Its agent for service of process
Roland M. Lowell
19th Floor, 1st American Center
Nashville, Tennessee 37238

**JAMES ILES**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
220 Pope Street South
Grasville, Tennessee 37338



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 6 of 17

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAY 29 2003

ROBERT H. SHEMMWELL, CLERK
BY_____
DEPUTY

# CV03-1010 L-O

PATRICIA ERWIN, ET AL     NUMBER 6648 DIVISION E

VERSUS     JUDGE DOHERTY 16th JUDICIAL DISTRICT COURT

MAGISTRATE JUDGE METHVIN PARISH OF ST. MARTIN

WESTPORT INSURANCE
COMPANY, ET AL     STATE OF LOUISIANA

*************************************************************************

## REQUEST FOR WRITTEN NOTICE

### TO THE CLERK OF COURT FOR THE PARISH OF ST. MARTIN:

Please take notice that LEE OVERTON, ATTORNEYS AT LAW, INC., attorneys for plaintiffs, PATRICIA ERWIN, ET AL do hereby request written notice of the date of trial of the above captioned matter as well as notice of hearing (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the judge, or any member of court, as provided in the Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

BY ATTORNEYS:

LEE OVERTON,
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
PHONE: (225) 344-0071
BAR ROLL NO: 10316

_____
W. LEE OVERTON

RECEIVED AND FILED

2003 APR 10 AM 10:12

Page _____ Jolie P. Theriot
by _____ CLERK OF COURT
ST. MARTIN PARISH

Lee Overton
LEE OVERTON
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

PATRICIA ERWIN, ET AL NUMBER 66458 DIVISION E

VERSUS 16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARTIN

WESTPORT INSURANCE
COMPANY, ET AL STATE OF LOUISIANA
*************************************************************************

## INTERROGATORIES

**TO:**

**WESTPORT INSURANCE CORPORATION**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**CORBETT GARRETT TRUCKING, INC.**
Its agent for service of process
Corbett Garrett
676 Highway 5
Rose Bud, Arkansas 72137

**CHRISTOPHER PATTON**
817 England Road
England, Arkansas 72152

**CONTINENTAL CASUALTY COMPANY**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**WESTERN EXPRESS, INC.**
Its agent for service of process
Roland M. Lowell
19th Floor, 1st American Center
Nashville, Tennessee 37238

**JAMES ILES**
220 Pope Street South
Grasville, Tennessee 37338



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 8 of 17

NOW COMES, plaintiffs, PATRICIA ERWIN and WILLIAM ERWIN, individually and on behalf of their minor children, LACEY ERWIN and CARLY ERWIN; and BENJAMIN ERWIN as their major child, through undersigned counsel, and propound the following Interrogatories to be answered under oath within fifteen (15) days of the time of service is made in accordance with the rules of Civil Procedure. These Interrogatories shall be deemed continuing so as to require supplemental answers, under oath, if you obtain further information between the time your answers are served and the time of trial.

1.

Give the names and addresses of all persons having knowledge of relevant facts who may reasonably be called as witnesses for any party, the subject matter on which they are or could be reasonably expected to testify, and the substance of their testimony.

2.

Please give the name, address, phone number, name of employer, employment address, employer's phone number, position and/or title of CHRISTOPHER PATTON and/or JAMES ILES.

3.

Do you, or any representative of yours, have any photographs or videotapes or motion pictures relevant to this suit? If your answer is in the affirmative, please state the number of photographs, a general description of their contents, the name and address of the photographer, the date the photographs were taken, and the name and address of the present custodian of the photographs.

4.

Have you or anyone representing you or acting on your behalf taken any statements, whether recorded, typed, written or oral, from any persons having knowledge of facts involved in this suit? If so, list the names and addresses of all persons interviewed and whether the statement was recorded, typed, written or oral. If you have a written or recorded statement of plaintiff or plaintiffs, please attach a copy of same to your answer to these Interrogatories.

5.

Please state whether you or anyone else, whether or not acting on your behalf, has conducted an investigation of or experiments in connection with the accident, or its causes, which



LEE OVERTON
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 9 of 17

forms the basis of this suit, or any type of investigation of the plaintiffs in this case. If so, state the name and addresses of each person who participated in the investigation or experiment, whether the results of such investigation or experiment were reported orally or in written form, to whom the results were reported, and the date or dates of any and all written or oral reports rendered by such investigators.

6.

Please state whether you or anyone on your behalf has contacted anyone having expert knowledge of matters, which may be relevant to this suit. If your answer is in the affirmative, please state the name and address of each expert and the date of your initial contact, the date or dates of any written reports, and the substance of his testimony. If the expert has rendered only oral reports, give the dates of all such oral reports, the name of the person to whom the report was given, and a concise statement of the information reported.

7.

With respect to each expert listed above, please state the subject matter on which he is expected to testify and the substance of his testimony.

8.

What in your opinion caused the accident sued on, and with regard thereto, please state:

a. All facts upon which you base this opinion;

b. What evidence, testamentary, documentary or otherwise, that you or your attorney or any other representative of yours have or have knowledge of which supports your opinion of the facts listed in answer to subpart (a);

c. What evidence, testamentary, documentary or otherwise, that you or your attorney or any representative of yours have or have knowledge of which contradicts your opinion.

9.

Was there in effect, at the time of the accident sued on, a policy of insurance which indemnifies you against financial loss as a result of liability of the general type alleged herein, and if so, with respect to each such policy of insurance, whether primary or excess insurance, please state:

a. Name and address of the insurance company;

b. The policy number and the effective dates thereof;

c. The nature of the coverage and the limits of liability, including coverage for one person and coverage for more than one person;



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 10 of 17




  d. Would you voluntarily furnish to plaintiffs a certified copy of the policy or policies referred to in answers to subparts (a) and (b) above, and if so, please attach same to your answers to these interrogatories, and if not, please state specifically your reasons for not doing so.

10.

Please completely describe any and all pieces of documentary and demonstrative evidence that you might seek to use as an exhibit at a trial of this matter and provide copies thereof.

11.

Do you, your representatives, investigators, agents, or other persons have videotapes or other surveillance evidence taken of the plaintiff or his family or was there any surveillance of the plaintiff or his family at any time during the pendency of these proceedings.

12.

Please provide a list of the names and addresses of any and all parties, and the amounts paid and for what reason to each and every one by WESTPORT INSURANCE CORPORATION and/or CONTINENTAL CASUALTY COMPANY, or any subsidiary or entity thereof, or by any party herein, in connection with the accident in suit, whether it be for personal injuries and/or property damage, including the insureds.

These interrogatories are deemed to be continuing so as to require supplemental answers, under oath, in writing at anytime that additional information may be obtained after responses are filed to these interrogatories, which would be furnished if the interrogatories should be continuously repeated.

                Respectfully submitted:

                LEE OVERTON
                ATTORNEYS AT LAW
                132 THIRD STREET
                BATON ROUGE, LOUISIANA 70801
                (225) 344-0071
                FAX: (225) 344-0075
                BAR ROLL: 10316

                **W. LEE OVERTON**

**SERVICE ON FOLLOWING PAGE:**

LEE OVERTON
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 11 of 17

**PLEASE SERVE:**

**WESTPORT INSURANCE CORPORATION**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**CORBETT GARRETT TRUCKING, INC.**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
Its agent for service of process
Corbett Garrett
676 Highway 5
Rose Bud, Arkansas 72137

**CHRISTOPHER PATTON**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
817 England Road
England, Arkansas 72152

**CONTINENTAL CASUALTY COMPANY**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**WESTERN EXPRESS, INC.**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
Its agent for service of process
Roland M. Lowell
19th Floor, 1st American Center
Nashville, Tennessee 37238

**JAMES ILES**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
220 Pope Street South
Grasville, Tennessee 37338



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 12 of 17

| | |
|---|---|
| PATRICIA ERWIN, ET AL | NUMBER 66458 DIVISION E |
| VERSUS | 16th JUDICIAL DISTRICT COURT |
| | PARISH OF ST. MARTIN |
| WESTPORT INSURANCE COMPANY, ET AL | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR PRODUCTION

TO:   **WESTPORT INSURANCE CORPORATION**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**CORBETT GARRETT TRUCKING, INC.**
Its agent for service of process
Corbett Garrett
676 Highway 5
Rose Bud, Arkansas 72137

**CHRISTOPHER PATTON**
817 England Road
England, Arkansas 72152

**CONTINENTAL CASUALTY COMPANY**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**WESTERN EXPRESS, INC.**
Its agent for service of process
Roland M. Lowell
19th Floor, 1st American Center
Nashville, Tennessee 37238

**JAMES ILES**
220 Pope Street South
Grasville, Tennessee 37338



LEE OVERTON
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 13 of 17

NOW COMES, plaintiffs, PATRICIA ERWIN and WILLIAM ERWIN, individually and on behalf of their minor children, LACEY ERWIN and CARLY ERWIN; and BENJAMIN ERWIN as their major child, through undersigned counsel, and requests, pursuant to the provisions of the Louisiana Code of Civil Procedure, that the above named party produce within fifteen (15) days from the date of this Notice, at the offices of LEE OVERTON, ATTORNEYS AT LAW, 132 Third Street, Baton Rouge, Louisiana 70801, for inspection, copying and photographing the following documents and things:

1. Any and all reports pertaining to the accident sued on herein;

2. Any and all statements of any form taken of plaintiff or defendant by anyone;

3. Any and all statements of any form given by any witnesses or other person who may have knowledge of relevant facts;

4. Each and every policy of insurance, certificate of insurance, or other insurance documentation, including protection and indemnity of coverage setting forth each type of insurance which affords coverage for liability of the nature asserted herein by plaintiff against named defendant herein, including all primary coverage and all excess of umbrella coverage;

5. Any and all other pieces of documentary and demonstrative evidence that you might seek to use as an exhibit at trial herein. This request includes, but is not limited to, any and all photographs;

6. Any and all biographical documents or records in any way pertaining to plaintiff, including, but not limited to, any autobiographical information, including any type of criminal records;

7. Curriculum vitae for any and all persons who may be sought to be used as expert witnesses herein;

8. Any and all reports rendered by any person who may be sought to be used as an expert witness herein;

9. Any and all photographs, slides, motion pictures, etc. including any possible surveillance photographs or motion pictures of plaintiff taken at any time, which may be relevant to any issue in this proceeding;



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 14 of 17

10.  Please provide any and all documentation of damage to vehicles involved, including appraisals, and/or estimates of damages and/or copies of drafts or checks issued in reference to any vehicles involved in the collision sued upon.

These Requests are deemed to be continuing so as to require supplemental Responses, under oath, in writing at anytime that additional information may be obtained after responses are filed to these Requests, which would be furnished if the Requests should be continuously repeated.

Respectfully submitted:

W. LEE OVERTON
ATTORNEYS AT LAW
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071
FAX: 225-344-0075

W. LEE OVERTON (10316)

**SERVICE INFORMATION ON FOLLOWING PAGE:**



2003 APR 10 AM 10: 12

By: _____
CLERK OF COURT
ST. MARTIN PARISH

LEE OVERTON
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071

Page 15 of 17

**PLEASE SERVE:**

**WESTPORT INSURANCE CORPORATION**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**CORBETT GARRETT TRUCKING, INC.**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
Its agent for service of process
Corbett Garrett
676 Highway 5
Rose Bud, Arkansas 72137

**CHRISTOPHER PATTON**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
817 England Road
England, Arkansas 72152

**CONTINENTAL CASUALTY COMPANY**
Its agent for service of process
The Honorable Walter "Fox" McKeithen
Secretary of State
3851 Essen Lane
State Archives Building
Baton Rouge, Louisiana, 70809

**WESTERN EXPRESS, INC.**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
Its agent for service of process
Roland M. Lowell
19th Floor, 1st American Center
Nashville, Tennessee 37238

**JAMES ILES**
*VIA LOUISIANA LONG ARM STATUTE, LSA-R.S. 13:3201, et seg.*
220 Pope Street South
Grasville, Tennessee 37338



**LEE OVERTON**
ATTORNEYS AT LAW, INC.
132 THIRD STREET
BATON ROUGE, LA 70801
225-344-0071